# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID LAVIGNE,
          Appellant,
    vs.
NICHOLE L. LAVIGNE,
          Respondent.

No. 72027

FILED

JUN 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order awarding attorney fees and costs. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

This pro se appeal was docketed in this court on December 30, 2016. On that same date, we issued a notice directing appellant to file the transcript request form by January 17, 2017, *see* NRAP 9(b), the docketing statement by January 19, 2017, see NRAP 14, and the opening brief or informal brief by May 1, 2017, NRAP 31(a)(1). Appellant failed to file the required documents, and on May 8, 2017, this court entered an order directing appellant to file the missing documents within 11 days. We cautioned appellant that failure to comply with our order would result in the imposition of sanctions, including dismissal of this appeal. To date, appellant has failed to file the documents or otherwise communicate with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-20417

cc:    Hon. Mathew Harter, District Judge
       John David Lavigne
       Radford J. Smith, Chartered
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A